**Alba OTT et al. v. Rena NED and United States of America.**

No. 2579.

Circuit Court of Appeals, Tenth Circuit.

July 27, 1942.

Hill & Hill, of McAlester, Okl., for appellants.

Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., and Cornelius Hardy, of Tishomingo, Okl., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motions of appellees, at the costs of appellants, for the reason that the appeal was taken from the order of the trial court overruling a motion for a new trial.

**Dr. Iver SIVERTSEN, Appellant, v. BANC-AMERICA–BLAIR CORPORATION et al.**

No. 12114.

Circuit Court of Appeals, Eighth Circuit.

July 2, 1942.

George B. Leonard, Benedict S. Deinard, and Hyman Edelman, all of Minneapolis, Minn., for appellant.

Leavitt R. Barker, Joseph H. Colman, David E. Bronson, and Henry Halladay, all of Minneapolis, for appellees.

PER CURIAM.

Appeal from District Court, 43 F.Supp. 233, dismissed without costs to either party in this Court, pursuant to stipulation of parties.

**Jennie SUMMERS, Debtor, Appellant, v. Paul RICE et al.**

No. 11737.

Circuit Court of Appeals, Eighth Circuit.

June 12, 1941.

Rehearing Denied July 23, 1941.

Jennie Summers, pro se.

Branham Rendlen, of Hannibal, Mo., for appellees.

PER CURIAM.

Motion of appellees to dismiss appeal sustained and appeal dismissed at costs of appellant.

**UNITED STATES of America, Appellant, v. Dolph CARRIGAN (four cases).**

Nos. 12380, 12381, 12383, 12384.

Circuit Court of Appeals, Eighth Circuit.

July 24, 1942.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

Steve Carrigan, of Hope, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.